### 989. WHITE *v.* THE STATE.

HILL, C. J. Where the prosecution relies exclusively upon circumstantial evidence for a conviction, it is the duty of the trial judge, whether so requested or not, to instruct the jury on the rule of law applicable to such evidence, as laid down in section 984 of the Penal Code. *Riley* v. *State,* 1 *Ga. App.* 651 (57 S. E. 1031); *McElroy* v. *State,* 125 *Ga.* 37 (53 S. E. 759).                    *Judgment reversed.*

Accusation of selling mortgaged property, from city court of Dublin. Judge Burch. January 13, 1908.

Submitted March 10,—Decided March 16, 1908.

*K. J. Hawkins,* for plaintiff in error.